UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

AL-QUAADIR GREEN,          :
                           :
        Petitioner,        :    Civil No. 12-6148 (ES)
                           :
    v.                     :    ORDER
                           :
CHARLES E. WARREN, et al., :
                           :
        Respondents.       :

For the reasons set forth in the Opinion filed herewith,

IT IS on this 20th day of December 2013,

ORDERED that the Petition is DENIED; and it is further

ORDERED that Petitioner's motion for a stay, (D.E. No. 6), is DENIED; and it is further

ORDERED that a certificate of appealability is DENIED pursuant to 28 U.S.C. § 2253(c)(2); and it is finally

ORDERED that the Clerk shall serve this Order and the accompanying Opinion upon the parties, and shall close the file.

*s/Esther Salas*
**Esther Salas, U.S.D.J.**